**LARRY H. LUM, ESQ.**
Nevada Bar No. 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**JONATHAN C. PATTILLO, ESQ.**
Nevada Bar No. 13929
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV  89119
(702) 727-1400; FAX (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
jonathan.pattillo@wilsonelser.com
*Attorneys for Defendant Vestar Properties, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE FUDA, an Individual;<br><br>                Plaintiff,<br><br>vs.<br><br>VESTAR PROPERTIES, INC., a Foreign Corporation; UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES, a Foreign Limited-Liability Company; JOHN DOE, an Individual; JANE DOE, an Individual; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive;<br><br>                Defendants. | CASE NO:    2:24-cv-00468<br><br>**Stipulation and Order to Dismiss Plaintiff's Claim for Punitive Damages and Intentional Infliction of Emotional Distress Against Vestar Properties, Inc.** |

The parties stipulate to dismiss Plaintiff's claim for punitive damages and intentional infliction of emotional distress as to Vestar Properties, Inc. pursuant to the state district court's order on July 17, 2023 in *Fuda v. Vestar Properties, Inc.,* A-23-865141-C.

*Elaine Fuda v. Vestar Properties, Inc.*
*Case No. 2:24-cv-00468*
*Stipulation and Order to Dismiss Plaintiff's Claim for Punitive Damages and Intentional Inflicition of Emotional Distress*

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | KANG & ASSOCIATES, PLLC |
| By:*/s/ Jonathan C. Pattillo, Esq.*<br>LARRY H. LUM, ESQ.<br>Nevada Bar No. 14914<br>KAREN L. BASHOR, ESQ.<br>Nevada Bar No. 11913<br>JONATHAN C. PATTILLO, ESQ.<br>Nevada Bar No. 13929<br>6689 Las Vegas Boulevard, South, Suite 200<br>Las Vegas, NV 89119<br>***Attorneys for Defendant Vestar Properties, Inc.*** | /s/ *Paul Wolfram, Esq.*<br>By: _____<br>PATRICK W. KANG, ESQ.<br>Nevada Bar No. 10381<br>KYLE R. TATUM, ESQ.<br>Nevada Bar No. 13264<br>PAUL H. WOLFRAM, ESQ.<br>Nevada Bar No. 16025<br>6420 West Spring Mountain Road, Suite 16<br>Las Vegas, Nevada 89146<br>***Attorneys for Plaintiff*** |
| **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL LLC**<br><br>By:*/s/ Phillip N. Smith, Esq*<br>D. LEE ROBERTS, JR., ESQ.<br>Nevada Bar No. 8877<br>PHILIP N. SMITH, JR., ESQ.<br>Nevada Bar No. 10233<br>SEBASTIAN CRIBARI, ESQ.<br>Nevada Bar No. 15888<br>6385 S. Rainbow Blvd, Suite 400<br>Las Vegas, NV 89118<br>***Attorneys for Defendant Universal Protection Service, LLC d/b/a Allied Universal Services*** | |

IT IS SO ORDERED.
DATED: 3/14/2024

_____
UNITED STATES MAGISTRATE JUDGE