**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 18266
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE FUDA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>VESTAR PROPERTIES, INC., a Foreign Corporation; JOHN DOE, an Individual; JANE DOE, an Individual; UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES, a Foreign Limited-Liability Company; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-00468-BNW<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION AND STRIKE CLAIM FOR PUNITIVE DAMAGES AS TO DEFENDANT UNIVERSAL PROTECTION SERVICE, LLC** |

Plaintiff ELAINE FUDA ("Plaintiff") and Defendants VESTAR PROPERTIES, INC. ("Vestar") and UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES ("Allied") (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and

1

through their respective undersigned counsel, hereby submit this Stipulation and Order to dismiss Plaintiff's third cause of action against Allied and strike Plaintiff's punitive damages allegations as to Allied.

## STIPULATION

WHEREAS, on March 11, 2024, Allied filed a Motion to Dismiss Plaintiff's Third Cause of Action Pursuant to FRCP 12(b)(6), (ECF No. 7), and a Motion to Strike Plaintiff's Punitive Damages Allegations Pursuant to FRCP 12(f), (ECF No. 8).

The Parties hereby stipulate that:

1) Plaintiff's Third Cause of Action for Intentional Infliction of Emotional Distress, (ECF No. 1-3 at ¶¶ 55–63), shall be dismissed against Allied; and

2) Plaintiff's punitive damages allegations as to Allied, (ECF No. 1-3 at ¶¶ 45-46; 53; 61-62; and p. 12, l. 7), shall be stricken from Plaintiff's First Amended Complaint.

It is so stipulated,                                                  It is so stipulated,

DATED this 26th day of March 2024              DATED this 26th day of March 2024

/s/ Paul H. Wolfram, Esq.                                    /s/ Sebastian Cribari, Esq.
**PATRICK W. KANG, ESQ.**                              **D. LEE ROBERTS., JR., ESQ**
Nevada Bar No.: 10381                                       Nevada Bar No.: 8877
**KYLE R. TATUM, ESQ.**                                  **PHILLIP N. SMITH, JR., ESQ.**
Nevada Bar No.: 13264                                       Nevada Bar No.: 10233
**CHRISTIAN Z. SMITH, ESQ.**                        **SEBASTIAN CRIBARI, ESQ.**
Nevada Bar No.: 8266                                         Nevada Bar No. 15888
**PAUL H WOLFRAM, ESQ.**                             **WEINBERG, WHEELER, HUDGINS,**
Nevada Bar No.: 16025                                       **GUNN & DIAL, LLC**
**KANG & ASSOCIATES, PLLC**                       6385 South Rainbow Blvd, Suite 400
6480 W. Spring Mountain Rd, Ste 1                Las Vegas, NV 89118
Las Vegas, Nevada 89146                                 *Attorneys for Defendant*
*Attorneys for Plaintiff*                                        *Universal Protection Service, LLC d/b/a*
                                                                               *Allied Universal Services*

2

It is so stipulated,

DATED this 26th day of March 2024

/s/ Jonathan C. Patillo, Esq.
**LARRY H. LUM, ESQ.**
Nevada Bar No.: 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No.: 11913
**JONATHAN C. PATILLO, ESQ.**
Nevada Bar No.: 13929
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd, Ste 200
Las Vegas, Nevada 89119
*Attorneys for Defendant Vestar Properties, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/27/24

3