**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 8266
**PAUL H. WOLRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
pkang@acelawgroup.com
filing@acelawgroup.com
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELAINE FUDA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>VESTAR PROPERTIES, INC., a Foreign Corporation; JOHN DOE, an Individual; JANE DOE, an Individual; UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES, a Foreign Limited-Liability Company; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-00468-RFB-BNW<br><br>**STIPULATED PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(Special Scheduling Review Requested) |

COMES NOW Plaintiff, ELAINE FUDA, and Defendants, VESTAR PROPERTIES, INC. and UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES, by and through their respective attorneys of record, and hereby submit this Stipulated Discovery Plan and Scheduling Order:

[1]

1. **Fed. R. Civ. P. 26(a) Initial Disclosures:**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Court 26-1(d), on April 23rd, 2024, counsel for Plaintiff, Paul H. Wolfram, Esq., counsel for Defendant Vestar Properties, Inc., Jonathan Patillo, Esq. and counsel for Defendant Universal Protection Service, LLC, Sebastian Cribari, Esq., conducted a meeting to discuss the relevant issues for discovery, possible early resolution of the matter, and other pertinent issues. Pursuant to these discussions, the parties agreed to exchange initial disclosures on or before **Tuesday, May 7, 2024.**

**2. Discovery Cut-Off Date:**

The parties request a discovery period of 180 days from April 10, 2024, the date the Defendant Universal Protection Service, LLC filed an Answer to Plaintiff's Complaint. Accordingly, all discovery must be completed no later than **Monday, October 7, 2024.**

Originally, Plaintiff filed her Complaint in the Eighth Judicial District Court on February 2, 2023. Defendant Vestar Properties, Inc. filed its Answer on July 31, 2023. However, after brief discovery was conducted in State Court, Plaintiff was granted leave to file an Amended Complaint, and named Universal Protection Service, LLC as a party on February 5, 2024. Universal Protection Service, LLC subsequently filed a Notice of Removal, on March 8, 2024, and an Answer, on April 10, 2024. As Universal Protection Service, LLC is a brand new party to this matter, the parties are requesting a special scheduling review as the 180-day period based upon the Answer filed by Universal Protection Service, LLC, and not the first answering defendant almost a year prior. The parties believe this schedule is necessary in order for all parties to adequately and sufficiently participate in discovery and obtain documents and testimony necessary to resolve the disputes now existing between them.

**3. Amending the Pleadings and Adding Parties:**

The date for filing a motion to amend the pleadings or add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than **Tuesday, July 9, 2024.**

**4. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **Thursday, August 8, 2024**, and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than **Monday, September 9, 2024.**[1]

**5. Dispositive Motions:**

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Wednesday, November 6, 2024.**

**6. Pretrial Order:**

If no dispositive motions are filed and/or pending, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Friday, December 6, 2024.**

**7. Fed. R. Civ. P. 26(a)(3) Disclosures:**

If no dispositive motions are filed and/or pending, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(b)(6) in the Joint Pretrial Order, not more than thirty (30) days after the date set for filing dispositive motions, and, therefore, not later **Friday, December 6, 2024.**

**8. Alternative Dispute Resolution:**

The parties certify they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties do not believe that such avenues are likely to be beneficial at this time and will revisit the topic after more discovery is conducted.

---

[1] September 8, 2024, falls on a Sunday

[3]

**9. Alternative Forms of Case Disposition:**

The parties certify they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties jointly decline to utilize either option.

**10. Electronic Evidence:**

The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. Discussions between the parties will be ongoing as the trial date approaches and they stipulate that they intend to present any electronic evidence in a format compatible with the court's electronic jury evidence display system.

**11. Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days before the expiration of the subject deadline.

**\*SIGNATURE PAGE TO FOLLOW\***

It is so stipulated,

DATED this __20th__ day of May 2024

/s/ Patrick W. Kang, Esq.
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 8266
**PAUL H WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Rd, Ste 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

It is so stipulated,

DATED this 20th day of May 2024

/s/ Sebastian Cribari, Esq.
**D. LEE ROBERTS., JR., ESQ**
Nevada Bar No.: 8877
**PHILLIP N. SMITH, JR., ESQ.**
Nevada Bar No.: 10233
**SEBASTIAN CRIBARI, ESQ.**
Nevada Bar No. 15888
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
6385 South Rainbow Blvd, Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant*
*Universal Protection Service, LLC d/b/a Allied Universal Services*

It is so stipulated,

DATED this 20th day of May 2024
/s/ Jonathan C. Patillo, Esq.
**LARRY H. LUM, ESQ.**
Nevada Bar No.: 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No.: 11913
**JONATHAN C. PATILLO, ESQ.**
Nevada Bar No.: 13929
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd, Ste 200
Las Vegas, Nevada 89119
*Attorneys for Defendant Vestar Properties, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated this ___21st___ day of ___May___, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

[5]

## RE: Case No.: 2:24-cv-00468-BNW- Fuda vs. Universal Protection Service, LLC- Plaintiff's Proposed Discovery Plan

Cribari, Sebastian <scribari@wwhgd.com>

Mon 5/20/2024 10:43 AM

To:Paul Wolfram <pwolfram@acelawgroup.com>;Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>
Cc:Lum, Larry <Larry.Lum@wilsonelser.com>;Jhana Richardson <jrichardson@acelawgroup.com>;Bashor, Karen L. <Karen.Bashor@wilsonelser.com>;Roberts, Lee <LRoberts@wwhgd.com>;Smith, Jr., Phillip N. <PSmithJr@wwhgd.com>;pkang acelawgroup.com <pkang@acelawgroup.com>;Megan Kay <mkay@acelawgroup.com>;hcaifano acelawgroup.com <hcaifano@acelawgroup.com>;scho acelawgroup.com <scho@acelawgroup.com>;Bonney, Audra R. <ABonney@wwhgd.com>

Looks like we are all good. Thanks again for drafting!

---

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Monday, May 20, 2024 10:34 AM
**To:** Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>; Cribari, Sebastian <scribari@wwhgd.com>
**Cc:** Lum, Larry <Larry.Lum@wilsonelser.com>; Jhana Richardson <jrichardson@acelawgroup.com>; Bashor, Karen L. <Karen.Bashor@wilsonelser.com>; Roberts, Lee <LRoberts@wwhgd.com>; Smith, Jr., Phillip N. <PSmithJr@wwhgd.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>; Bonney, Audra R. <ABonney@wwhgd.com>
**Subject:** Re: Case No.: 2:24-cv-00468-BNW- Fuda vs. Universal Protection Service, LLC- Plaintiff's Proposed Discovery Plan

**This Message originated outside your organization.**

I have no issues with the edits, I will wait for Jonathan's confirmation.

Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

| Discrimination and Harassment \| Lawyer in Las Vegas \| Personal Injury Attorney |
|---|
| Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113. |
| www.acelawgroup.com |

---

**From:** Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>
**Sent:** Monday, May 20, 2024 10:31 AM
**To:** Cribari, Sebastian <scribari@wwhgd.com>; Paul Wolfram <pwolfram@acelawgroup.com>

**Cc:** Lum, Larry <Larry.Lum@wilsonelser.com>; Jhana Richardson <jrichardson@acelawgroup.com>; Bashor, Karen L. <Karen.Bashor@wilsonelser.com>; Roberts, Lee <LRoberts@wwhgd.com>; Smith, Jr., Phillip N. <PSmithJr@wwhgd.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>; Bonney, Audra R. <ABonney@wwhgd.com>
**Subject:** RE: Case No.: 2:24-cv-00468-BNW- Fuda vs. Universal Protection Service, LLC- Plaintiff's Proposed Discovery Plan

Approved for my esig.

Jonathan C. Pattillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1268 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
jonathan.pattillo@wilsonelser.com

**From:** Cribari, Sebastian <scribari@wwhgd.com>
**Sent:** Monday, May 20, 2024 10:26 AM
**To:** Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>; Paul Wolfram <pwolfram@acelawgroup.com>
**Cc:** Lum, Larry <Larry.Lum@wilsonelser.com>; Jhana Richardson <jrichardson@acelawgroup.com>; Bashor, Karen L. <Karen.Bashor@wilsonelser.com>; Roberts, Lee <LRoberts@wwhgd.com>; Smith, Jr., Phillip N. <PSmithJr@wwhgd.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>; Bonney, Audra R. <ABonney@wwhgd.com>
**Subject:** RE: Case No.: 2:24-cv-00468-BNW- Fuda vs. Universal Protection Service, LLC- Plaintiff's Proposed Discovery Plan

> **EXTERNAL EMAIL** This email originated from outside the organization.

Hello,

Attached are our proposed revisions in redline, mainly cleaning up dates and extra language.

Please let me know if these changes are acceptable.

Thank you.



Sebastian Cribari, Attorney
**Weinberg Wheeler Hudgins Gunn & Dial**
6385 South Rainbow Blvd. | Suite 400 | Las Vegas, NV 89118
D: 702.938.3847 | F: 702.938.3864
www.wwhgd.com  |  vCard

---

**From:** Jhana Richardson <jrichardson@acelawgroup.com>
**Sent:** Monday, May 20, 2024 9:54 AM
**To:** Cribari, Sebastian <scribari@wwhgd.com>; Jonathan.Pattillo@wilsonelser.com
**Cc:** Lum, Larry <Larry.Lum@wilsonelser.com>; Bashor, Karen L. <Karen.Bashor@wilsonelser.com>; Roberts, Lee <LRoberts@wwhgd.com>; Smith, Jr., Phillip N. <PSmithJr@wwhgd.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Paul Wolfram <pwolfram@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>; Bonney, Audra R. <ABonney@wwhgd.com>
**Subject:** Case No.: 2:24-cv-00468-BNW- Fuda vs. Universal Protection Service, LLC- Plaintiff's Proposed Discovery Plan

---

**This Message originated outside your organization.**

---

Good Morning Counsel,

Please see attached the Proposed Stipulated Discovery Plan and Scheduling Order in this matter. Please track any changes you may have and let us know if we may submit to the court with your e-signature. Thank you!

Sincerely,

*Jhana Richardson*

Senior Paralegal

KANG & ASSOCIATES, PLLC
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
Korean Hot Line: 702.493.4047
E-Mail jrichardson@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

### [Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney](#)

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

[www.acelawgroup.com](#)

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.
```