D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
Sebastian Cribari, Esq.
Nevada Bar No. 15888
scribari@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:    (702) 938-3838
Facsimile:    (702) 938-3864

*Attorneys for Defendant*
*Universal Protection Service, LLC d/b/a*
*Allied Universal Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELAINE FUDA, an Individual, | Case No.: 2:24-cv-00468-RFB-BNW |
| Plaintiff, | (Removed from the District Court of Clark County, Nevada, Case No. A-23-865141-C, Dept. 5) |
| vs. | |
| VESTAR PROPERTIES, INC., a Foreign corporation; JOHN DOE, an Individual; JANE DOE, an Individual; UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES, a Foreign Limited-Liability Company; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**  **(SECOND REQUEST)** |
| Defendants. | |

Defendant UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES ("Allied"), Defendant VESTAR PROPERTIES, INC. ("Vestar") and Plaintiff ELAINE FUDA ("Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit this Stipulation and Order to Continue Discovery Deadlines (Second Request) by ninety (90) days.

///

**STIPULATION**

I. **Discovery Completed To Date:**

    A. Initial Disclosures of Witnesses and Documents by all Parties;

    B. Written Discovery from Vestar to Plaintiff;

    C. Initial Written Discovery from Plaintiff to Vestar;

    D. Written Discovery from Allied to Plaintiff;

    E. Written Discovery from Allied to Vestar;

    F. Initial Written Discovery from Plaintiff to Allied;

    G. Subsequent Written Discovery from Plaintiff to Vestar;

    H. Subsequent Written Discovery from Plaintiff to Allied;

    I. Supplemental discovery responses from Vestar;

    J. Subpoenas from Allied to third parties (Gallagher Bassett, North Las Vegas Police Department, Social Security Administration, Lien RX, St. Dominican Hospital, Southern Nevada Chiropractic, Patel Psychiatry, Lauren Schloss, LLC, Las Vegas Radiology, W. Azzoli, Dimuro Pain Management, United Automobile Association); and

    K. Subpoenas from Defendants Vestar and Allied to third parties (Bed Bath & Beyond, Dillard's, Beyond, Inc.).

II. **Discovery Left To Be Completed:**

    A. Deposition of Plaintiff;

    B. Independent Medical Examination(s) of Plaintiff;

    C. Deposition of Defendants' 30(b)(6) Representatives;

    D. Depositions of Fact Witnesses;

    E. Disclosure of Experts; and

    F. Deposition of Experts.

III. **Reasons For Extension**

Since the first extension, the Parties have engaged in additional written discovery, have received the subpoenaed records anticipated in the first Stipulation and Order, have received additional medical records from Plaintiff (whose treatment appears to be ongoing), and have

conducted negotiations regarding Defendants' 30(b)(6) deposition topics as well as Plaintiff's independent medical examinations. The Parties are actively continuing these negotiations, meeting and conferring regarding outstanding disputes, and intend to set the depositions shortly. Concurrently, the Parties are in the process of scheduling independent medical examinations of the Plaintiff, after which her deposition will need to be set and conducted. Following the depositions and examinations, the Parties will need to afford their experts adequate time to review and consider the information gleaned therein. In an effort avoid excessive motion practice, the parties are seeking an extension to continue their productive negotiations and schedule the remaining discovery ahead of expert reporting deadlines. The Parties believe an extension of ninety (90) days will achieve this purpose.

**IV.  Proposed Deadlines**

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last Date to Add Parties or Amend Pleadings | July 9, 2024 | CLOSED |
| Last Date to Disclose Expert Witnesses | November 6, 2024 | February 4, 2024 |
| Last Date to Disclose Rebuttal Witnesses | December 8, 2024 | March 10, 2024 |
| Close of Discovery | January 6, 2025 | April 7, 2025 |
| Last Date to File Dispositive Motions | February 4, 2025 | May 5, 2025 |
| Pre-Trial Order (If No Dispositive Motion Filed) | March 6, 2025 | June 4, 2025 |
| Pre-Trial Order (If Dispositive Motion Filed) | 30 days after order on dispositive motions | 30 days after order on dispositive motions |

| | |
|---|---|
| DATED this 4th day of October, 2024. | DATED this 4th day of October, 2024. |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | KANG & ASSOCIATES, PLLC |
| /s/ Sebastian Cribari<br>D. Lee Roberts, Jr., Esq.<br>Phillip N. Smith, Jr., Esq.<br>Sebastian Cribari, Esq.<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118 | /s/ Paul H. Wolfram<br>PATRICK W. KANG, ESQ.<br>Nevada Bar No. 10381<br>KYLE R. TATUM, ESQ.<br>Nevada Bar No. 13264<br>PAUL H. WOLFRAM, ESQ.<br>Nevada Bar No. 16025<br>6420 West Spring Mountain Road, Suite 16<br>Las Vegas, Nevada 89146 |
| *Attorneys for Defendant Universal Protection Service, LLC d/b/a Allied Universal Services* | *Attorneys for Plaintiff* |

DATED this 4th day of October, 2024.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Jonathan C. Pattillo*
LARRY H. LUM, ESQ.
Nevada Bar No. 14914
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV 89119

*Attorneys for Defendant Vestar Properties, Inc.*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 7, 2024