1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  lroberts@wwhgd.com
   Phillip N. Smith, Jr., Esq.
3  Nevada Bar No. 10233
   psmithjr@wwhgd.com
4  Sebastian Cribari, Esq.
   Nevada Bar No. 15888
5  scribari@wwhgd.com
   WEINBERG, WHEELER, HUDGINS,
6     GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
7  Las Vegas, Nevada 89118
   Telephone:     (702) 938-3838
8  Facsimile:     (702) 938-3864

9  *Attorneys for Defendant*
   *Universal Protection Service, LLC d/b/a*
10 *Allied Universal Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELAINE FUDA, an Individual, | Case No.: 2:24-cv-00468-RFB-BNW |
| Plaintiff, | (Removed from the District Court of Clark County, Nevada, Case No. A-23-865141-C, Dept. 5) |
| vs. | |
| VESTAR PROPERTIES, INC., a Foreign corporation; JOHN DOE, an Individual; JANE DOE, an Individual; UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES, a Foreign Limited-Liability Company; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ELAINE FUDA, Defendant UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SERVICES, and Defendant VESTAR PROPERTIES, INC., by and through their respective attorneys of record, pursuant to FED. R. CIV. P. 41, that the above-captioned action and any and all claims asserted in said action are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

DATED this 16th day of April, 2025.

/s/ Sebastian Cribari
D. Lee Roberts, Jr., Esq.
Phillip N. Smith, Jr., Esq.
Sebastian Cribari, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant Universal Protection Service, LLC d/b/a Allied Universal Services*

DATED this 16th day of April, 2025.

/s/ Jonathan C. Pattillo
LARRY H. LUM, ESQ.
KAREN L. BASHOR, ESQ.
JONATHAN C. PATTILLO, ESQ.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV 89119

*Attorneys for Defendant Vestar Properties, Inc.*

DATED this 16th day of April, 2025.

/s/ Paul H. Wolfram
PATRICK W. KANG, ESQ.
KYLE R. TATUM, ESQ.
PAUL H. WOLFRAM, ESQ.
KANG & ASSOCIATES, PLLC
6420 West Spring Mountain Road, Suite 16
Las Vegas, Nevada 89146

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: This 16th day of April, 2025.